**Pamela HARRIS, Appellant,**

v.

**AMERICAN RED CROSS BLOOD SERVICES and Division of Employment Security, Respondents.**

No. ED 98330.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 12, 2013.

Pamela Hoskins–Harris, St. Louis, MO, pro se.

Robert Grant Pennell, Manchester, MO, Larry Raymond Ruhmann, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Pamela Harris ("Claimant") appeals from the decision of the Missouri Labor and Industrial Relations Commission ("Commission") that affirmed a denial of unemployment benefits by the Appeals Tribunal because Claimant was discharged from American Red Cross Blood Services ("Employer") for misconduct connected with work. We have reviewed the briefs

of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).